# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL LEE GORDON,            :

    Petitioner                :
                              CIVIL ACTION NO. 3:18-2309

    v.                        :
                              (Judge Mannion)

DAVID J. EBBERT, Warden        :

    Respondent                :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's motion to proceed *in forma pauperis* (Doc. 2) is **GRANTED**.

2. The petition is **DEEMED** filed.

3. The above captioned petition for writ of habeas corpus is **DISMISSED**.

4. The Clerk of Court is directed to **CLOSE** this case.


                                        s/ *Malachy E. Mannion*
                                      **MALACHY E. MANNION**
                                      **United States District Judge**

**Dated: December 13, 2018**